Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Joshua M. Bryan (SBN 246122)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
GMAC MORTGAGE, LLC (erroneously
sued as "GMAC Mortgage")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OSEI,<br><br>    Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, COUNTRYWIDE HOME LOANS; GREENPOINT MORTGAGE FUNDING, INC.; ANGIUS & TERRY COLLECTIONS, LLC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PELLETIER FINANCE, INC. DBA DELTA MORTGAGE AND REAL ESTATE; JEFFREY ALAN PELLETIER, JEFFREY PAUL OLSEN; JEFFREY BRYAN DELORA and DOES 1-20 inclusive,<br><br>    Defendants. | Case No.: 2:09-cv-02534-JAM-GGH<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT GMAC MORTGAGE LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

    This Stipulation is made by and between Plaintiff PATRICK OSEI ("Plaintiff") and Defendant GMAC MORTGAGE, LLC ("GMACM") by and through their respective counsel of record. Plaintiff and GMACM agree and stipulate as follows:

    A. On or about December 9, 2009, GMACM requested of Plaintiff an extension of time to respond to the First Amended Complaint up to and including December 23, 2009.

    B. On or about December 9, 2009, Plaintiff's counsel agreed to extend GMACM's time to respond to the First Amended Complaint up to and including December 23, 2009.

1

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
C:\Documents and Settings\HVine\Desktop\09cv2534.o.1217.doc

PDF created with pdfFactory trial version www.pdffactory.com

C. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, Plaintiff and GMACM agree and stipulate that GMACM has up to and including December 23, 2009 to respond to Plaintiff's First Amended Complaint.

DATED: December 15, 2009          WOLFE & WYMAN LLP


By: _____
STUART B. WOLFE
JOSHUA M. BRYAN
**ATTORNEYS FOR DEFENDANT GMAC MORTGAGE, LLC**


DATED: December 15, 2009          LAW OFFICES OF JAMES MILLER


By: _____
RANDOLPH COOKE
**Attorney for Plaintiff PATRICK OSEI**

## ORDER ON STIPULATION

The Court having reviewed the stipulation of Plaintiff and GMACM, and good cause appearing therefore, ORDERS that GMACM shall have up to and including December 23, 2009 to respond to Plaintiff's First Amended Complaint in this matter.

IT IS SO ORDERED.

DATED: 12/17/2009                  /s/ John A. Mendez
                                   JUDGE OF THE DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com