IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OSEI,<br><br>         Plaintiff,<br><br>     v.<br><br>GMAC MORTGAGE; COUNTRYWIDE HOME LOANS; BANK OF AMERICA fka Countrywide Home Loans; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ETS SERVICES, LLC; PELLETIER FINANCE, INC. dba Delta Mortgage and Real Estate; JEFFERY ALAN PELLETIER; JEFFERY PAUL OLSON; JEFFERY BRYAN DELORA; and DOES 1-20 inclusive,<br>         Defendants.<br>_____/ | Case No. 2:09-CV-02534-JAM-GGH<br><br>ORDER GRANTING DEFENDANT'S<br>    MOTION TO DISMISS |

   This matter comes before the Court on Defendant Greenpoint Mortgage Funding, Inc.'s ("Defendant's") Motion to Dismiss, (Doc.#26), Plaintiff Patrick Osei's ("Plaintiff") First Amended

1

Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

Plaintiff did not file a timely opposition or statement of non-opposition to Defendant's Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, Randolph Cooke, $250.00, unless he shows good cause for his failure to comply with the local rules.

Plaintiff filed a late statement of non-opposition to dismissing his federal claims, and a late opposition to dismissing his state claims, the day before Defendant's reply brief was due. The Court has considered Plaintiff's late filed opposition and statement of non-opposition, and finds the amended complaint lacks merit for the reasons stated in the Motion to Dismiss. It is clear that allowing Plaintiff the opportunity to file a third complaint would be futile.

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, WITH PREJUDICE.[2] It is further ordered that within ten (10) days of this Order Randolph Cooke shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: April 22, 2010

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE