IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK OSEI,<br><br>           Plaintiff,<br><br>           v.<br><br>GMAC MORTGAGE; COUNTRYWIDE HOME LOANS; BANK OF AMERICA fka Countrywide Home Loans; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ETS SERVICES, LLC; PELLETIER FINANCE, INC. dba Delta Mortgage and Real Estate; JEFFERY ALAN PELLETIER; JEFFERY PAUL OLSON; JEFFERY BRYAN DELORA; and DOES 1-20 inclusive,<br><br>           Defendants.<br>_____/ | Case No. 2:09-CV-02534-JAM-GGH<br><br>ORDER GRANTING DEFENDANTS'<br>    MOTION TO DISMISS |

   This matter comes before the Court on Defendants' Pelletier Finance, Inc., dba Delta Mortgage & Real Estate, Jeffrey Allen Pelletier, Jeffrey Paul Olson, and Jeffrey Bryan Delora's

1

("Defendants'") Motion to Dismiss,(Doc # 27), the third, eighth and ninth claims of Plaintiff Patrick Osei's ("Plaintiff's") First Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

Plaintiff did not file a timely opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, Randolph Cooke, $250.00, unless he shows good cause for his failure to comply with the Local Rules.

Plaintiff filed a late opposition to dismissing these claims, the day before Defendants' reply brief was due. The Court has considered Plaintiff's late filed opposition, and finds the third, eighth and ninth claims from the amended complaint lack merit for the reasons stated in Defendants' Motion to Dismiss.

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss the third, eighth and ninth claims is GRANTED, WITH PREJUDICE. It is further ordered that within ten (10) days of this Order Randolph Cooke shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: April 22, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE