IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK OSEI,

        Plaintiff,

           v.

GMAC MORTGAGE; COUNTRYWIDE HOME LOANS; BANK OF AMERICA fka Countrywide Home Loans; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ETS SERVICES, LLC; PELLETIER FINANCE, INC. dba Delta Mortgage and Real Estate; JEFFERY ALAN PELLETIER; JEFFERY PAUL OLSON; JEFFERY BRYAN DELORA; and DOES 1-20 inclusive,

        Defendants.
_____/

Case No. 2:09-CV-02534-JAM-GGH

<u>ORDER GRANTING DEFENDANTS'</u>
<u>MOTION TO DISMISS</u>

    This matter comes before the Court on Defendants' Countrywide Home Loans, Inc., Bank of America, N.A., and Mortgage Electronic Registration Systems, Inc.'s ("Defendants'")

1

Motion to Dismiss, (Doc # 30), Plaintiff Patrick Osei's ("Plaintiff's") First Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).[1] Additionally, the Court has taken Judicial Notice of all documents requested by Defendants.

   Plaintiff did not file a timely opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, Randolph Cooke, $250.00, unless he shows good cause for his failure to comply with the Local Rules.

   Plaintiff filed a late statement of non-opposition to dismissing his federal claims, and a late opposition to dismissing his state claims, the day before Defendants' reply brief was due. The Court has considered Plaintiff's late filed opposition and statement of non-opposition, and finds the amended complaint lacks merit for the reasons stated in the

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

Motion to Dismiss. It is clear that allowing Plaintiff the opportunity to file a third complaint would be futile.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.[2] It is further ordered that within ten (10) days of this Order Randolph Cooke shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a statement of good cause explaining his failure to comply with Local Rule 230(c).

IT IS SO ORDERED.

Dated: April 22, 2010

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[2] Because the Court is granting the motions to dismiss with prejudice, Defendants' Motion to Strike is moot.

3