



1  JOHN W. AMBERG (SBN 108166)
   SHERI M. KANESAKA (SBN 240053)
2  **BRYAN CAVE LLP**
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone: (310) 576-2100
4  Fax:       (310) 576-2200
   E-Mail:    jwamberg@bryancave.com
5             sheri.kanesaka@bryancave.com

6  Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC.,
7  BANK OF AMERICA, N.A., and
   MORTGAGE ELECTRONIC
8  REGISTRATION SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK OSEI,<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, COUNTRYWIDE HOME LOANS; BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS; GREENPOINT MORTGAGE FUNDING, INC.; ANGIUS & TERRY COLLECTIONS, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PELLETIER FINANCE, INC. DBA DELTA MORTGAGE AND REAL ESTATE; JEFFREY ALAN PELLETIER, JEFFREY PAUL OLSEN; JEFFREY BRYAN DELORA,<br><br>Defendants. | Case No. 2:09-CV-02534-JAM-GGH<br><br>[Assigned to the Hon. John A. Mendez]<br><br>[PROPOSED] ORDER EXPUNGING NOTICE OF PENDENCY OF ACTION (LIS PENDENS)<br><br>*[Notice of Motion and Motion to Expunge Lis Pendens, Request for Judicial Notice, and Declaration of Sheri Kanesaka filed concurrently herewith]*<br><br>Date: March 23, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 6, 14th Fl.<br>       501 I Street<br>       Sacramento, CA 95814<br><br>Action Filed: September 10, 2009<br>Trial Date: May 16, 2011 |

SM01DOCS\823082.1

[PROPOSED] ORDER EXPUNGING NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

On March 23, 2011, at 9:30 a.m., the Motion to Expunge Lis Pendens ("Motion") filed by Defendants Countrywide Home Loans, Inc. ("CHL"), Bank of America, N.A. ("BANA"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Movants"), ~~came on~~ *was set* for hearing in the above-referenced Court, Judge John A. Mendez presiding. *The matter was submitted without a hearing. JAM*

Having read and considered Movants' Motion, all papers submitted by the parties in support of or opposition thereto, and good cause appearing thereto;

IT IS HEREBY ORDERED THAT:

1. The Notice of Pendency of Action (Lis Pendens) recorded on September 3, 2009, in the Official Records of Sacramento County, Document Number 0006034083, shall be and hereby is, expunged. The Notice of Pendency of Action pertains to that certain real property commonly known as 5458 Tares Circle, Elk Grove, California 95757, APN 132-1840-007-0013 (the "Property"). The Property is legally described as:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ELK GROVE, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:
>
> CONDOMINIUM CONSISTING OF:
>
> PARCEL ONE:
>
> UNIT 5458, IN CONDOMINIUM BUILDING 4, CONSISTING OF CERTAIN AIR SPACE AND ELEMENTS, AS DESCRIBED IN THAT CERTAIN "CONDOMINIUM PLAN FOR JASMINE" ("PLAN'), WHICH PLAN RECORDED NOVEMBER 21, 2005, IN BOOK 20051121, PAGE 1110, OFFICIAL RECORDS OF SAID COUNTY, AS SAID UNIT AND BUILDING IS LOCATED ON LOT 1, AS SHOWN ON THE MAP ENTITLED "SUBDIVISION NO. 04-561.00 JASMINE - A FINAL MAP FOR CONDOMINIUM PURPOSES", RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY,

CALIFORNIA, FEBRUARY 23, 2005, IN BOOK 336 OF MAPS, AT PAGE 13.

EXCEPTING AND RESERVING THEREFROM:

1. NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE, SUPPORT, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION REFERRED TO BELOW; AND

2. TITLE IN FAVOR OF THE GRANTOR TO ALL CONDUIT, CABLES AND WIRING OF EVERY KIND AND NATURE AND ALL APPARATUS RELATING THERETO WHICH ARE OR MAY IN THE FUTURE BE INSTALLED IN OR ABOUT THE UNIT (COLLECTIVELY, "CABLING"); AND

3. PERPETUAL, NON-EXCLUSIVE EASEMENTS IN FAVOR OF GRANTOR IN OR ABOUT THE UNIT FOR THE PURPOSE OF ACCESS TO AND REPAIR, MAINTENANCE AND REPLACEMENT OF THE CABLING.

PARCEL TWO:

AN UNDIVIDED 1/7TH FEE SIMPLE INTEREST AS TENANT IN COMMON IN BUILDING 4 THE "CONDOMINIUM BUILDING"), AS SAID BUILDING IS SHOWN ON THAT CERTAIN "CONDOMINIUM PLAN FOR JASMINE", WHICH PLAN WAS FILED IN THE OFFICE OF THE SACRAMENTO COUNTY RECORDER ON NOVEMBER 21, 2005, IN BOOK 20051121, PAGE 1110, EXCEPTING THEREFROM THE FOLLOWING: (A) THE UNIT REFERRED TO ABOVE, LOCATED IN BUILDING 4, THEREON, (B) ALL NON-EXCLUSIVE EASEMENTS FOR USE, ENJOYMENT, ACCESS, INGRESS, EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE, SUPPORT AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION REFERRED TO BELOW, AND (C) ALL EXCLUSIVE RIGHTS FOR USE, POSSESSION AND ENJOYMENT IN AND TO THAT PORTION OF SAID ASSOCIATION COMMON AREA OF

PARCEL ONE AS SHOWN ON THE PLAN AND AS DEFINED IN THE DECLARATION, AND (D), ALL SHOWN AND DEFINED AS THE "BALCONY", "COURTYARD", "GARAGE/STORAGE/STAIRS" AND/OR "PORCH" EXCLUSIVE USE COMMON AREAS AS SHOWN ON SAID CONDOMINIUM PLAN;

PARCEL THREE:

NON-EXCLUSIVE RIGHTS APPURTENANT TO PARCEL ONE FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, REPAIR, DRAINAGE, SUPPORT, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR JASMINE" ("DECLARATION") WHICH RECORDED NOVEMBER 21, 2005, IN BOOK 20051121 PAGE 1111, OFFICIAL RECORDS SAID COUNTY.

IT IS SO ORDERED.

Dated: 3-11-2011

United States District Court Judge